**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

FILED
Jeffrey A. Apperson, Clerk
JUN 0 6 2007
U. S. DISTRICT COURT
WEST'N DIST. KENTUCKY

**CRIMINAL ACTION NO. 05-139-C**

**UNITED STATES OF AMERICA,**                               **PLAINTIFF,**

V.                              **JURY INSTRUCTIONS**

**COREY L. GUTHRIE**                                          **DEFENDANT.**

* * * * * * * * * *

Count 4 of the Indictment charges the defendant with violating federal law by being a convicted felon in possession of a firearm. For you to find the defendant guilty of this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

First: That the defendant has been convicted of a crime punishable by imprisonment for more than one year. The government and the defendant have agreed that defendant has previously been convicted of a crime punishable by imprisonment for more than one year.

Second: That the defendant, following his conviction, knowingly possessed a firearm specified in the indictment, that is,

| Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|
| Harrington & Richardson | 48 | 16 gauge shotgun | 156200 |
| Lorcin | L22 | .22 pistol | 023717 |

Third: That the specified firearm crossed a state line prior to the alleged

possession. The government and the defendant have agreed that the firearms crossed a state line prior to the alleged possession.

Now I will give you more detailed instructions on some of these elements.

The government does not necessarily have to prove that the defendant physically possessed the firearms described above for you to find him guilty of this crime. The law recognizes two kinds of possession – actual possession and constructive possession. Either one of these, if proved by the government, is enough to convict.

To establish actual possession, the government must prove that the defendant had direct, physical control over the firearms, and knew that he had control of them.

To establish constructive possession, the government must prove that the defendant had the right to exercise physical control over the firearms, and knew that he had this right, and that he intended to exercise physical control over the firearms at some time, either directly or through other persons.

For example, if you left something with a friend intending to come back later and pick it up, or intending to send someone else to pick it up for you, you would have constructive possession of it while it was in the actual possession of your friend.

But understand that just being present where something is located does not equal possession. The government must prove that the defendant had actual or constructive possession of the firearms, and knew that he did, for you to find him

guilty of this crime. This, of course, is all for you to decide.

The defendant does not have to own the firearm in order to possess the firearm.

The term "firearm" means any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term firearm also means the frame or receiver of any such weapon, any firearm muffler or firearm silencer, any ammunition or any destructive device. The term firearm does not include an antique firearm. The term firearm includes starter guns.

The term "knowingly" means voluntarily and intentionally, and not because of mistake or accident.

If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO. 05-139-C

UNITED STATES OF AMERICA,                                             PLAINTIFF,

V.                                    **VERDICT FORM**

COREY L. GUTHRIE                                                       DEFENDANT.

* * * * * * * * * *

We, the Jury, find the defendant, Corey L. Guthrie, as to:

COUNT 4:                              GUILTY _____    NOT GUILTY _____

_____

Foreperson

_____

Date